08 CV 01563

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VCG SPECIAL OPPORTUNITIES
MASTER FUND LIMITED,

                Plaintiff,

      - against -

                ECF CASE

CITIBANK, N.A.,

                Defendant.
------------------------------------------------------------X

## DISCLOSURE STATEMENT UNDER RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, VCG Special Opportunities Master Fund Limited, a private non-governmental party, certifies that Plaintiff has no parent companies and no publicly traded corporation owns 10% or more of its stock.

Dated: New York, New York
       February 14, 2008

                MINTZ & GOLD LLP

                By: /s/ Terence W. McCormick
                Steven G. Mintz (SM 5428)
                Terence W. McCormick (TM 2713)
                470 Park Avenue South
                10th Floor North
                New York, NY 10016-6819
                Tel: (212) 696-4848
                Fax: (212) 696-1231
                mccormick@mintzandgold.com
                mintz@mintzandgold.com
                *Attorneys for Plaintiff*
                *VCG Special Opportunities*
                *Master Fund Limited*