UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



VCG SPECIAL OPPORTUNITIES
MASTER FUND LIMITED,

    Plaintiff,

against

CITIBANK, N.A.,

    Defendant.

08 CV 01563 (BSJ)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above action that:

1. The time within which defendant Citibank, N.A. shall move, answer, or otherwise respond to the complaint in the above action is extended to and including April 18, 2008; and

2. Defendant Citibank, N.A. will not assert, in its answer or motion in response to the Complaint, defenses under Fed. R. Civ. P. 12(b)(4) or (5).

Dated: New York, New York
      March 5, 2008

MINTZ & GOLD LLP

By: *Terence W. McCormick*

Terence W. McCormick (TM 2713)

470 Park Avenue South
10th Floor North
New York, NY 10016-6819
(212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Attorneys for Plaintiff*



Dated: March 5, 2008

          PAUL, WEISS, RIFKIND, WHARTON
          & GARRISON LLP

By: _____
     Allan J. Arffa
     David W. Wang

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
aarffa@paulweiss.com
dwang@paulweiss.com

*Attorneys for Defendant*

SO ORDERED:

_____
          U.S.D.J.

March 7, 2008

2