UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



VCG SPECIAL OPPORTUNITIES
MASTER FUND LIMITED,

        Plaintiff,

    against

CITIBANK, N.A.,

        Defendant.

08 CV 01563 (BSJ)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above action that:

1. The time within which defendant Citibank, N.A. shall move, answer, or otherwise respond to the complaint in the above action is extended to and including April 23, 2008; and

2. Defendant Citibank, N.A. will not assert, in its answer or motion in response to the Complaint, defenses under Fed. R. Civ. P. 12(b)(4) or (5).

Dated: New York, New York
       April 18, 2008

MINTZ & GOLD LLP

By: _____
Terence W. McCormick (TM 2713)

470 Park Avenue South
10th Floor North
New York, NY 10016-6819
(212) 696-4848
mccormick@mintzandgold.com

*Attorneys for Plaintiff*



Dated: April 18, 2008

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: _____
Allan J. Arffa
David W. Wang

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
aarffa@paulweiss.com
dwang@paulweiss.com

*Attorneys for Defendant*

**SO ORDERED:**

_____
U.S.D.J.
4/18/08

2

Doc#: US1:5206163v1