UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VCG SPECIAL OPPORTUNITIES MASTER FUND LIMITED,<br><br>    Plaintiff,<br><br>-against-<br><br>CITIBANK, N.A.,<br><br>    Defendant. | 08 CV 01563 (BSJ)<br><br>**NOTICE OF APPEARANCE** |
| CITIBANK, N.A.,<br><br>    Counterclaim-Plaintiff<br><br>-against-<br><br>VCG SPECIAL OPPORTUNITIES MASTER FUND LIMITED,<br><br>    Counterclaim-Defendant. | |

Please take notice that the undersigned of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP is hereby entering an appearance as counsel of record, along with Karen R. King also of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, for Defendant Citibank, N.A.

Dated: New York, New York
April 23, 2008

                                PAUL, WEISS, RIFKIND, WHARTON
                                & GARRISON LLP

By: _____/s/ Allan J. Arffa_____
       Allan J. Arffa

1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3203
Facsimile: 212-492-0203
aarffa@paulweiss.com

*Attorneys for Defendant*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

2