UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VCG SPECIAL OPPORTUNITIES
MASTER FUND LIMITED,

    Plaintiff,

-against-

CITIBANK, N.A.,

    Defendant.

---

CITIBANK, N.A.,

    Counterclaim-Plaintiff

-against-

VCG SPECIAL OPPORTUNITIES
MASTER FUND LIMITED,

    Counterclaim-Defendant.

---

08 CV 01563 (BSJ)

**NOTICE OF APPEARANCE**

Please take notice that the undersigned of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP is hereby entering an appearance as counsel of record, along with Allan J. Arffa also of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, for Defendant Citibank, N.A.

Dated: New York, New York
April 23, 2008

                                      PAUL, WEISS, RIFKIND, WHARTON
                                      & GARRISON LLP

By: _____
       Karen R. King

1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: 212-373-3784
Facsimile: 212-492-0784
kking@paulweiss.com

*Attorneys for Defendant*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

2