UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VCG SPECIAL OPPORTUNITIES MASTER FUND LIMITED,<br><br>    Plaintiff,<br><br>    -against-<br><br>CITIBANK, N.A.,<br><br>    Defendant.<br><br>CITIBANK, N.A.,<br><br>    Counterclaim-Plaintiff<br><br>    -against-<br><br>VCG SPECIAL OPPORTUNITIES MASTER FUND LIMITED,<br><br>    Counterclaim-Defendant. | 08 CV 01563 (BSJ)<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Citibank, N.A. certify that the following are parent corporations or public corporations that own 10% or more of the stock of Defendant:

    Citigroup Holdings Inc., which in turn, is a wholly owned subsidiary of Citigroup Inc., a publicly held corporation

Date:   New York, New York
       April 23, 2008

                        PAUL, WEISS, RIFKIND, WHARTON &
                        GARRISON LLP

                        By: _____
                            Allan J. Arffa
                            Karen R. King
                            David W. Wang

                        1285 Avenue of the Americas
                        New York, New York  10019-6064
                        Telephone: 212-373-3203
                        Facsimile: 212-492-0203
                        Email: aarffa@paulweiss.com
                        Email: kking@paulweiss.com
                        Email: dwang@paulweiss.com