

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VCG SPECIAL OPPORTUNITIES
MASTER FUND LIMITED,

    Plaintiff,

against

CITIBANK, N.A.,

    Defendant.

08 CV 01563 (BSJ)

**STIPULATION AND ORDER**

**ECF CASE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties to the above action that the time within which Plaintiff/Counterclaim-Defendant shall answer the Counterclaim of Defendant/ Counterclaim-Plaintiff, Citibank, N.A., is hereby extended through and including May 20, 2008.

Dated: New York, New York
       May 13, 2008

MINTZ & GOLD LLP

By: _____
Terence W. McCormick (TM 2713)

470 Park Avenue South, 10th Floor North
New York, NY 10016-6819
(212) 696-4848
mccormick@mintzandgold.com
*Attorneys for Plaintiff/Counterclaim-Defendant*

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: _____
Allan J. Arffa
David W. Wang

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
aarffa@paulweiss.com
dwang@paulweiss.com
*Attorneys for Defendant/ Counterclaim-Plaintiff*

SO ORDERED:

_____
               U.S.D.J.

5/15/08