UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VCG SPECIAL OPPORTUNITIES MASTER
FUND LIMITED,

             Plaintiff,

       -against-

CITIBANK, N.A.,

             Defendant.
------------------------------------------------------------X

ORDER

08 Civ. 1563 (BSJ)(KNF)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #* _____
*DATE FILED:* 6/27/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference was held with counsel to the respective parties on June 24, 2008.

As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before December 31, 2008;

2. a telephonic status conference will be held with the parties on November 3, 2008, at 11:00 a.m. Counsel to the plaintiff shall initiate the telephonic conference on that date to (212) 805-6705; and

3. on or before July 7, 2008, the parties shall advise the Court, in a joint writing, whether they wish to participate in court-annexed mediation.

Dated: New York, New York
       June 26, 2008

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE