```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
                                :
VCG SPECIAL OPPORTUNITIES MASTER :
FUND LIMITED,                   :
                                :     08-CV-1563 (BSJ)(KNF)
                Plaintiff,      :
                                :     ORDER
        -v-                     :
                                :
CITIBANK, N.A.,                 :
                                :
                                :
                Defendant.      :
------------------------------- X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

By letter dated July 22, 2008, Defendant Citibank requested a pre-motion conference to resolve a discovery dispute, pursuant to Local Civil Rule 37.2. The Court DENIES the request for a conference, and directs Defendant to file its motion for a stay of discovery in the form of a letter brief of no more than 3 pages, by Friday, July 25, 2008. Plaintiff is directed to file its response, if any, by Friday, August 1, 2008, with Defendant to file its reply, if any, by Wednesday, August 6. The July 25, 2008 discovery deadline is stayed pending resolution of this motion; however, the Court expects Defendant to be prepared to meet its discovery obligations promptly upon disposition of this motion if it is resolved against Defendant.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

SO ORDERED:

_____
BARBARA S. JONES
**UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
          July 23, 2008