UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VCG SPECIAL OPPORTUNITIES
MASTER FUND LIMITED,

              Plaintiff,

- against -

CITIBANK, N.A.,

              Defendant.
-----------------------------------------------------------X

08 CV 01563 (BSJ)

**STIPULATION**

**ECF CASE**

**WHEREAS,** Defendant Citibank, N.A. ("Citibank") has moved to dismiss the Complaint pursuant to Rule 12(c), F.R.C.P. by notice of motion dated July 16, 2008,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties to the above action that Plaintiff shall serve opposition papers in response to the motion on or before August 19, 2008, and Citibank shall serve reply papers, if any, on or before September 5, 2008.

Dated: New York, New York
       July 21, 2008

| | |
|---|---|
| **MINTZ & GOLD LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| *Terence W. McCormick* | |
| Terence W. McCormick (TM 2713) | ~~David W. Wang~~  Karen R. King |
| 470 Park Avenue South | 1285 Avenue of the Americas |
| New York, NY 10016-6819 | New York, NY 10019-6064 |
| (212) 696-4848 | (212) 373-3000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | kking@paulweiss.com |

SO ORDERED:

_____
U.S.D.J.

7/24/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08